**FILED**

**11/24/2021**

**U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**Roger A.G. Sharpe, Clerk**

INSD Pro Se Employment Discrimination Complaint 10/21 (adapted from AO Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination)

# UNITED STATES DISTRICT COURT

for the

## Southern District of Indiana

| | |
|---|---|
| **Spruha Shah** | Case No. ___1:21-cv-02734-RLY-DLP___ |
| _____ | _(to be filled in by the Clerk's Office)_ |
| *Plaintiff(s)* | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)* ■Yes □No |
| -v- | |
| **Springbuk, Artemis Health** | |
| _____ | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include *only*: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievances, witness statements, evidence, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

INSD Pro Se Employment Discrimination Complaint 10/21 (adapted from AO Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination)

## I.   Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

[X]   Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ]   Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

[X]   Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ]   Other federal law *(specify the federal law)*:

[ ]   Relevant state law *(specify, if known)*:

[ ]   Relevant city or county law *(specify, if known)*:

## II.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Spruha Shah |
| Street Address | 194 Hillandale Drive |
| City and County | Bloomingdale, DuPage |
| State and Zip Code | Illinois, 60108 |
| Telephone Number | 847-322-6568 |
| E-mail Address | spruha.shah@gmail.com |

**B.**    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, a corporation, or another entity. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Springbuk |
| Job or Title *(if known)* | |
| Street Address | 525 S. Meridian Street, #1B |
| City and County | Indianapolis, Marion |
| State and Zip Code | Indiana, 46225 |
| Telephone Number | (800) 786-4940 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Artemis Health |
| Job or Title *(if known)* | |
| Street Address | 15 N. Rio Grande Street |
| City and County | Salt Lake City, Salt Lake |
| State and Zip Code | Utah, 84101 |
| Telephone Number | (801) 869-8544 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

INSD Pro Se Employment Discrimination Complaint 10/21 (adapted from AO Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination)

## C.   Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Springbuk |
| Street Address | 525 S. Meridian Street, #1B |
| City and County | Indianapolis, Marion |
| State and Zip Code | Indiana, 46225 |
| Telephone Number | (800) 786-4940 |

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**A.**   The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☒ Termination of my employment.
- ☒ Failure to promote me.
- ☒ Failure to accommodate my disability.
- ☒ Unequal terms and conditions of my employment.
- ☒ Retaliation.
- ☒ Other acts *(specify)*:   Harassment

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

**B.**   It is my best recollection that the alleged discriminatory acts occurred on date(s)

Termination Date: 12/4/20

**C.**   I believe that defendant(s) *(check one)*:

- ☒ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

INSD Pro Se Employment Discrimination Complaint 10/21 (adapted from AO Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination)

D.     Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- [ ] race _____
- [ ] color _____
- [ ] gender/sex _____
- [ ] religion _____
- [x] national origin    Indian _____
- [ ] age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- [x] disability or perceived disability *(specify disability)*

     PTSD _____

E.     The facts of my case are as follows. Attach additional pages if needed.

Please see attached. _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

INSD Pro Se Employment Discrimination Complaint 10/21 (adapted from AO Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination)

## IV.   Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

10/16/20

B.    The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☒ issued a Notice of Right to Sue letter, which I received on *(date)*    8/30/21

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ 60 days or more have not elapsed.

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

INSD Pro Se Employment Discrimination Complaint 10/21 (adapted from AO Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination)

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     11/23/21

Signature of Plaintiff

Printed Name of Plaintiff     Spruha Shah

## III. Statement of Claim

## E. The facts of my case are as follows.

During my time employed with Springbuk and thereafter, I have experienced ongoing discrimination, harassment, and retaliation. I am a qualified individual with a disability and my disability is Post-Traumatic Stress Disorder (PTSD). I disclosed my disability and requested reasonable accommodations related to this disability. I supplied medical documents as requested. I was discriminated against on the basis of my disability, PTSD, and my National Origin, Indian. I was not allowed to use Paid Time Off as others who are White and had not disclosed a disability. I was told that I would need to use unpaid time off to tend to my health while all others on the team who were not of my national origin and had not disclosed a disability had taken more time off than me. Since disclosing my PTSD, my work was scrutinized more than those outside of my protected class and I was held to different standards than my colleagues when seeking a promotion due to my ethnicity and my disability. I was initially told that I was to be disciplined for a security violation that I reported, but it was later discovered that I had followed the policy and that the policy had been changed by another leader. However, almost immediately, I was issued an Employee Warning Notice. Other employees outside of my protected class had engaged in similar or worse conduct than identified and had not been disciplined. I wrote on the Employee Warning Notice that I was being retaliated against. On December 4, 2020, I told my manager that I would be taking short-term disability leave per my doctor's recommendation. 90 minutes later, my employment was terminated. I engaged in a protected activity by requesting short-term disability leave and as a result of this request, an adverse employment action was taken by the company with the termination of my employment 90 minutes later. After my termination, I learned that the company was joining forces with my former employer Artemis Health, through a merger/acquisition. My employment at Artemis Health was also wrongfully terminated for discriminatory/retaliatory reasons where I was asked to resign from my position after disclosing my PTSD and seeking accommodations. I was placed on a Performance Improvement Plan after refusing to resign and my employment was

terminated with restructuring at the company being pretext for my termination. I am experiencing ongoing harassment from Artemis Health and Springbuk.

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 470-2021-00015 |

| INDIANA CIVIL RIGHTS COMMISSION | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone | Year of Birth |
|---|---|---|
| **MISS SPRUHA SHAH** | **(847) 322-6568** | |

| Street Address | City, State and ZIP Code |
|---|---|
| **1321 N. MERIDIAN STREET, 305, INDIANAPOLIS,IN 46202** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| **SPRINGBUK** | **15 - 100** | **(800) 786-4940** |

| Street Address | City, State and ZIP Code |
|---|---|
| **525 S, MERIDIAN ST., SUITE 1B, INDIANAPOLIS, IN 46225** | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☒ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☒ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: **04-28-2020** Latest: **10-06-2020**

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

**II am an Indian woman with a disability who is being subjected to disparate treatment and retaliation by my employer.**

**I began working as a Client Success Manager in December 2019. In late April 2020, I disclosed to my employer that I had a disability. I made a request for reasonable accommodations related to this disability. I have supplied medical documents as requested by Nicole Bickett, Vice President of People and Administration. I do have concern that I may not be allowed to use paid time off in the same manner as employees who are White and have not disclosed that they have a disability. The paid time off policy was explained to me as being unlimited, with a recommended use of about four weeks annually. When I requested the use of paid time off to tend to my health, I was advised by Ms. Bickett and Mr. Foreman that this would not be possible, and I would need to use unpaid time off to tend to my health. To date, I have taken about fifteen days of paid time off. At least one other person on my team, Jake Friesen, White male, Client Success Manager, has taken more paid time off**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| *Digitally signed by Spruha Shah on 10-16-2020 05:56 AM EDT* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 470-2021-00015 |

INDIANA CIVIL RIGHTS COMMISSION                                    and EEOC

*State or local Agency, if any*

than I have. I believe that other employees that are outside of my protected class have also been permitted to use paid time off more liberally than I have.

Since requesting paid time off to tend to my health and my PTSD on September 10, 2020, I feel that my work is scrutinized more than that of employees outside of my protected class. I have been told by my direct supervisor, Brian Foreman, Client Success Team Lead, that I am too eager to seek a promotion with the company; that I should wait at least one year before seeking other opportunities. Other employees, who are White, have been able to obtain promotions in less than one year of being in the position they were promoted from. In mid-September 2020, I was advised that I would be disciplined after I reported security violation I had made according to the protocol that was in place. I discovered that the policy I followed had been changed just days after I reported the security incident, which led to that disciplinary action being rescinded. However, almost immediately, I was given another disciplinary action alleging that I was unresponsive to clients with the warning that the next deviation would result in the termination of my employment. I believe that there are other employees outside of my protected class that have engaged in similar or worse conduct that have not been disciplined to this level. When I received the written disciplinary action, I wrote on the form that I believed that I was being retaliated against based on my disability.

I believe that I have been subjected to discrimination and retaliation against based on my disability, in violation of the Americans with Disabilities Act of 1990, as amended.

I believe that I have been subjected to discrimination and retaliation based on my national origin, Indian, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Digitally signed by Spruha Shah on 10-16-2020 05:56 AM EDT** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

**1. FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

**2. AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

**3. PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

**4. ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

**5. WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an

investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

EEOC Form 5 (11/09)

Equal Employment Opportunity Commission

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To: Indianapolis District Office<br>RECEIVED 04/05/2021 | Agency(ies) Charge No(s): |
|---|---|---|
| | ☐ FEPA | |
| | ☒ EEOC | 470-2021-01591 |

| Indiana Civil Rights Commission | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Miss Spruha Shah** | | |

| Street Address | City, State and ZIP Code |
|---|---|
| **1321 N. Meridian Street, 305, Indianapolis, IN 46202** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **SPRINGBUK** | **15 - 100** | **(800) 786-4940** |

| Street Address | City, State and ZIP Code |
|---|---|
| **525 S, Meridian St., Suite 1B, Indianapolis, IN 46225** | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☒ RETALIATION   ☐ AGE   ☒ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **12-04-2020**   Latest **12-04-2020**

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am a qualified individual with a disability who has been discharged.

On December 4th, 2021, I advised Brian Foreman, my direct supervisor, Nicole Bickett, Vice President of People, and JC Rivera, Director of Legal Affairs, that I would be receiving medical treatment related to my disability, which would require me to be out of work from December 9th, 2020 until January 9th, 2021. I discussed with Brian Foreman that I would do as much as possible to work with him to have a continuity plan in place prior to beginning my medical leave. I advised JC Rivera and Nicole Bickett that I would submit the completed short-term disability form to them once my doctor gave it to me. Brian Foreman told me that he would speak with human resources and follow-up with me after that conversation. The same day that I sent emails or had discussions with everyone about my absence to seek medical treatment, I received a call via Slack from Brian Foreman and Ellen Nielsen, Human Resources Manager. During this call, I was advised that I was being discharged. My access to Slack was terminated during the call, which was continued when Brian Foreman and Ellen

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 03/26/21    *Spruha Shah*<br>Date        Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br><br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Equal Employment Opportunity Commission<br><br>Indianapolis District Office<br>Charge Presented To:   Agency(ies) Charge No(s):<br>RECEIVED 04/05/2021<br>☐ FEPA<br>[X] EEOC   470-2021-01591 |
|---|---|

| Indiana Civil Rights Commission | and EEOC |
|---|---|
| State or local Agency, if any | |

Nielsen called me on my personal cell phone and I was advised about severance benefits and returning work equipment. I believe that my discharge was pretext to retaliate against me for internal complaints I have made, for filing a previous charge against Springbuk with the EEOC, and for trying to engage in the interactive process regarding my medical care.

I believe that I have been discriminated against based on my disability, in violation of the Americans with Disabilities Act of 1990, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 03/26/21   *Sprutha Shade*<br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

CP Enclosure with EEOC Form 5 (11/09)

Equal Employment Opportunity Commission

Indianapolis District Office

RECEIVED 04/05/2021

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1.  **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2.  **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3.  **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4.  **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5.  **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so <u>within 15 days</u> of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 470-2021-00015 |

| INDIANA CIVIL RIGHTS COMMISSION | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone | Year of Birth |
|---|---|---|
| **MISS SPRUHA SHAH** | **(847) 322-6568** | |

| Street Address | City, State and ZIP Code |
|---|---|
| **1321 N. MERIDIAN STREET, 305, INDIANAPOLIS,IN 46202** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| **SPRINGBUK** | **15 - 100** | **(800) 786-4940** |

| Street Address | City, State and ZIP Code |
|---|---|
| **525 S, MERIDIAN ST., SUITE 1B, INDIANAPOLIS, IN 46225** | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☒ NATIONAL ORIGIN
☒ RETALIATION   ☐ AGE   ☒ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: **04-28-2020**   Latest: **10-06-2020**

☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

**II am an Indian woman with a disability who is being subjected to disparate treatment and retaliation by my employer.**

**I began working as a Client Success Manager in December 2019. In late April 2020, I disclosed to my employer that I had a disability. I made a request for reasonable accommodations related to this disability. I have supplied medical documents as requested by Nicole Bickett, Vice President of People and Administration. I do have concern that I may not be allowed to use paid time off in the same manner as employees who are White and have not disclosed that they have a disability. The paid time off policy was explained to me as being unlimited, with a recommended use of about four weeks annually. When I requested the use of paid time off to tend to my health, I was advised by Ms. Bickett and Mr. Foreman that this would not be possible, and I would need to use unpaid time off to tend to my health. To date, I have taken about fifteen days of paid time off. At least one other person on my team, Jake Friesen, White male, Client Success Manager, has taken more paid time off**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| *Digitally signed by Spruha Shah on 10-16-2020 05:56 AM EDT* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |